UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CODA VRS CORPORATION, et al.,

        Plaintiffs,

v.

STANLEY F. SCHOENBACH, et al.,

        Defendants.

---

SCHEDULING ORDER

12-CV-6440L

      Pursuant to the order of the Hon. David G. Larimer, United States District Judge, referring the above case to the undersigned for pretrial procedures and the entry of a scheduling order as provided in Fed. R. Civ. P. Rule 16(b) and Local Rule 16.1(a), and a conference having been held on January 23, 2012 and a telephone conference on January 31, 2013 with counsel relative to the matter and counsel for Healinc Telecom LLC having represented to this Court that Healinc is the subject of a Chapter 7 bankruptcy proceeding, thus resulting in an automatic stay of plaintiffs' claims against it in this matter, it is ORDERED that:

    1.    Mediation is **STAYED** pending further Order of the Court.

    2.    All parties, except defendant Healinc Telecom LLC, shall comply with all mandatory disclosure requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure on or before **February 6, 2013**.

    3.    A <u>status conference</u> will be held with the undersigned at 2310 U.S. Courthouse, Rochester, New York on **May 16, 2013**, at **11:00 a.m.**, to discuss the status of the case and the possibility of settlement.

    4. All document discovery in this case, except as to defendant Healinc Telecom LLC, shall be completed on or before **May 31, 2013**.

    No extension of the above cutoff dates will be granted except upon written application, made <u>prior to the cutoff date</u>, showing good cause for the extension. Application for extensions should be made to the Magistrate Judge. Joint or unopposed requests to extend the deadlines set forth in this order need not be made by formal motion, but rather may be sought in a letter to the court. Letter requests must detail good cause for the extension and propose new deadlines.

**IT IS SO ORDERED.**

                    *Marian W Payson*
                    MARIAN W. PAYSON
                    United States Magistrate Judge

Dated: Rochester, New York
    February 4, 2013

2