UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

CODA VRS CORPORATION, CAROL HALLEY
and JASON HALLEY,

                      Plaintiffs,

-vs-

STANLEY F. SCHOENBACH, individually and d/b/a
LIFELINKS, LLC and d/b/a HEALINC TELECOM LLC;
ELAINE USCHER, individually and d/b/a LIFELINKS, LLC
and d/b/a HEALING TELECOM LLC; LAMAR STEWART,
individually and d/b/a LIFELINKS, LLC and d/b/a HEALINC
TELECOM LLC; LIFELINKS VRI LLC, individually and d/b/a
LIFELINKS, LLC; LIFELINKS, LLC, individually; HEALINC
LLC, individually and d/b/a LIFELINKS VRI LLC; HEALINC
LLC, individually and d/b/a LIFELINKS VRI LLC; HEALINC
TELECOM LLC, individually and d/b/a LIFELINKS, LLC; and
HEALINC TELECOM LLC, individually and d/b/a LIFELINKS
VRI LLC and LIFELINKS STUDIOS LLC, individually and d/b/a
LIFELINKS LLC,

                      Defendants.

**NOTICE OF APPEARANCE**

Case No. 12-CV-6440

---

     **PLEASE TAKE NOTICE** that Goldberg Segalla LLP hereby appears as attorneys for the Defendant **LAMAR STEWART, Individually only,** in the above-entitled case, and pursuant to the Federal Rules of Civil Procedure, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Julie P. Apter, Esq., Goldberg Segalla LLP, 665 Main Street, Suite 400, Buffalo, New York, 14203.

     **PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED:     Buffalo, New York
                March 1, 2013

                GOLDBERG SEGALLA LLP

                By:   *s/ Julie P. Apter*
                      Julie P. Apter, Esq.

*Attorneys for Defendant*
***LAMAR STEWART, Individually***
665 Main Street, Suite 400
Buffalo, New York 14203
Tel. (716) 566-5400
japter@goldbergsegalla.com

TO:    Peter John Glennon, Esq.
       CALIHAN LAW PLLC
       *Attorneys for Plaintiffs*
       The Powers Building, Suite 736
       16 West Man Street
       Rochester, NY  14614
       (518) 319-5879
       PGlennon@CalihanLaw.com


       Gino A. Zonghetti, Esq.
       KENNY & ZONGHETTI, LLC
       *Attorneys for Defendants*
       26 Broadway
       New York, NY  10004
       (212) 422-6111
       gino@kzllc.com

998091.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2013, a true and correct copy of the foregoing *Notice of Appearance* on behalf of Defendant, LAMAR STEWART, Individually, was filed with the Clerk of the United States District Court for the Western District of New York using its CM/ECF system, which would then electronically notice all CM/ECF participants in this case.

DATED:   Buffalo, New York
         March 1, 2013

                              GOLDBERG SEGALLA LLP


                              By:   *s/ Julie P. Apter*
                                    Julie P. Apter, Esq.

                              *Attorneys for Defendant*
                              ***LAMAR STEWART, Individually***
                              665 Main Street, Suite 400
                              Buffalo, New York 14203
                              Tel. (716) 566-5400
                              japter@goldbergsegalla.com